UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

FILED
JUN 17 2008

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRUCE KENNY,<br>          Plaintiff, | CIV. 03-1027 |
| -vs- | ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The defendant has filed a motion for entry of judgment (Doc. 11) which correctly sets forth the history of this case. The attorney for the plaintiff is deceased. The personal representative of such attorney has filed a petition to obtain approval of a fee for representing a claimant before the Social Security Administration. The fee agreement is attached.

The motion should be granted, judgment should be entered, and the petition should be approved.

Now, therefore,

IT IS ORDERED, as follows:

1) The motion (Doc. 11) is granted.

2) Judgment shall enter in favor of plaintiff and against the defendant consistent with the Notice of Fully Favorable Decision issued by the administrative law judge on November 26, 2007.

3) Benefits shall be paid to the plaintiff consistent with the decision and this judgment.

4) The petition is approved and the fees for services shall be paid to the personal representative of Philip W. Morgan, deceased.

Dated this 17th day of June, 2008.

BY THE COURT:

*Charles B. Kornmann*
CHARLES B. KORNMANN
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY _____ (DEPUTY)
(SEAL)